**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| REAL ALTERNATIVES, CROSS | : | No. 378 MAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| DEPARTMENT OF HUMAN SERVICES | : | |
| AND EQUITY FORWARD (OFFICE OF | : | |
| OPEN RECORDS), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.